UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN J. BLEVINS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SGT. D. PATTON, et al. )<br>)<br>Defendants. ) | No. 1:09-cv-1413-TWP-TAB |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The website of the Indiana Department of Correction shows that the plaintiff has been released from the custody of that agency. The plaintiff has not informed the court of this, nor of his present whereabouts. Because of this, the action cannot proceed even relating to the post-judgment matters filed by the plaintiff.

2. Consistent with the information and ruling in paragraph 1 of this Entry, the motion for relief from judgment (Dkt. No. 79) is **denied.**

**IT IS SO ORDERED.**

Date: 08/05/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Bruce Benjamin Paul
STITES & HARBISON, LLP
bpaul@stites.com

Kevin J. Blevins
190764
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
Carlisle, IN 47838